**United States Bankruptcy Court**
**Eastern District of Virginia**
_____Richmond_____ Division

In re:  Ann Marie Starr                                       Case Number  18-34968-KRH
                                                              Chapter  13
     Debtor(s)

### ORDER SETTING HEARING

TO:   **Debtor(s)**  Ann Marie Starr  3801 E. Forester Ct.  Fredericksburg, VA 22408

      **Attorney for Debtor(s)** PRO SE
      **Trustee**  Carl M. Bates, P.O. Box 1819, Richmond, VA  23218
      **United States Trustee**  701 E. Broad St., Suite 4304, Richmond, VA  23219

The Clerk has determined that the above-captioned debtor(s) has/have failed to cure certain deficiency(ies) in this case.  Therefore, a hearing will be held:

*Date:*     11/20/18
*Time:*     11:30 AM
*Location:*  U. S. Bankruptcy Court, U. S. Courthouse, 701 E. Broad St., Room 5000, Richmond, VA  23219

The debtor(s) shall appear at the hearing and explain why the bankruptcy case should not be dismissed for failure to timely cure the following deficiency(ies) and any other deficiency(ies) or certifications that accrue before the hearing:
Failure to timely file Lists, Schedules and/or Statements, Failure to timely file Chapter 13 Plan
Failure to timely file Certificate of Credit Counseling

**If the debtor(s) fails to appear at the hearing, the above-captioned case will be dismissed.**

NOTICE:  **Even if the debtor(s) files the required document(s) or makes the required payment(s), the debtor(s) must still attend the hearing to explain why he/she/they failed to do so timely.**

NOTICE IS FURTHER GIVEN that an outstanding balance of the filing fee in the amount of $  310.00  is due and owing to the Clerk of Court, payable as follows:

☐ due and payable immediately.

☑ $  115.00  on  11/13/2018 , $  100.00  on  12/24/2018 , and $  95.00  on  01/31/201 .

Dated: October 24, 2018                          **William C. Redden, Clerk**
                                                 **United States Bankruptcy Court**

                                                 **By:** /s/ Suzan Ramirez-Lowe
                                                      **Deputy Clerk**

                                                 NOTICE OF JUDGMENT OR ORDER
                                                 ENTERED ON DOCKET:  October 24, 2018

[osethrgln ver. 10/18]